# WAIVER OF SERVICE OF SUMMONS

TO: <u>Ari R. Karpf</u>

I acknowledge receipt of your request that I waive service of a summons in the action of <u>Cato v. United Parcel Services, Inc.</u> which is case number **07-10992** in the **United States District Court for the Southern District of New York**. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with the judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **December 5, 2007**, or within 90 after that date if the request was sent outside the United States.

Jan 4, 2008
Date

Signature
Printed/typed name: Jonathan L. Sulds

{as ATTY}
{of Defendant}