# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

JONATHAN L. SULDS
212.872.1042/fax: 212.872.1002
jsulds@akingump.com

# MEMO ENDORSED

January 28, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2008
```

BY FACSIMILE

The Honorable Denny Chin
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Clifford Cato v. United Parcel Service*, No. 07-10992

Dear Judge Chin:

We represent Defendant United Parcel Service ("UPS") in connection with the above-referenced matter. We write to request an extension of time to move, answer, or otherwise respond to Plaintiff Clifford Cato's complaint.

According to Fed. R. Civ. P. 12(a), the original deadline to move, answer, or otherwise respond to Plaintiff's complaint is February 4, 2008. We request an extension of time until February 29, 2008 to answer Plaintiff's complaint.

This is our first request for an extension of time. Plaintiff's counsel has agreed to the extension requested.

Respectfully submitted,

Jonathan L. Sulds

cc: Adam C. Virant, Esq.
*Counsel for Plaintiff Clifford Cato*

APPLICATION GRANTED.
SO ORDERED

Denny Chin, U.S.D.J.  1/29/08

590 Madison Avenue / New York, NY 10022-2524 / 212.872.1000 / fax: 212.872.1002 / www.akingump.com