IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CLIFFORD CATO

        Plaintiff,

v.

UNITED PARCEL SERVICES, INC.

        Defendant.

Case No. 07-10992

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant states as follows:

Defendant United Parcel Service, Inc., a New York corporation, is a wholly-owned subsidiary of United Parcel Service, Inc., a Delaware corporation. No other publicly held corporation owns 10% or more of Defendant's stock.

Dated: New York, New York
       February 29, 2008

Respectfully submitted,

By: _____ /KS with permission
Jonathan L. Sulds (JS-4674)
AKIN GUMP STRAUSS HAUER AND FELD LLP
590 Madison Avenue
New York, New York 10022
(212) 872-1000 (telephone)
(212) 872-1002 (facsimile)

*Attorney for Defendant United Parcel Service, Inc. ("UPS"), incorrectly identified as "United Parcel Services, Inc."*