# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 500 PEARL STREET NEW YORK, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08
```

**J. Michael McMahon**
**Clerk of the Court**

- - - - - - - - - - - - - - - - - - - - - - - - - - x

Clifford Cato,

           Plaintiff(s),

        - against -

United Parcel Services, Inc.,

           Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - x

07  Civ.  10992  (DC)

The above-captioned action has been assigned to Judge Denny Chin.

Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

This conference will be held on April 25, 2008 at 12:30 P.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

**Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:      New York, New York
           March 27, 2008

Sincerely,

David Tam
Courtroom Deputy Clerk
U.S.D.C. - S.D.N.Y.
500 Pearl Street, Rm. 1020
New York, New York  10007
(212) 805-0096