IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CLIFFORD CATO                        :        Case No. 07-10992 (DC)
                                     :
              Plaintiff,             :
                                     :
        v.                           :
                                     :
UNITED PARCEL SERVICES, INC.         :
                                     :
              Defendant.             :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of Defendant United Parcel Service, Inc. ("UPS"), as counsel of record, and requests that all papers be served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Defendant may have in this action.

Dated:  New York, New York
        April 28, 2008

                                              AKIN GUMP STRAUSS HAUER & FELD LLP

                                      By:     /s/ Kenneth L. Shaitelman
                                              Kenneth L. Shaitelman (KS-4622)
                                              590 Madison Avenue
                                              New York, New York 10022
                                              (212) 872-1000 (tel)
                                              (212) 872-1002 (fax)

                                              *Attorney for Defendant United Parcel
                                              Service, Inc. ("UPS"), incorrectly identified
                                              as "United Parcel Services, Inc."*

## CERTIFICATE OF SERVICE

I, Kenneth L. Shaitelman, an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, hereby certify that on this 28th day of April 2008, I caused to be served, via regular mail, a copy of the attached Notice of Appearance upon:

>Adam C. Virant
>Karpf, Karpf & Virant
>140 Broadway, 46th Floor
>New York, New York 10005

_____
Kenneth L. Shaitelman