*Chin, J*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2008

CLIFFORD CATO

    Plaintiff,

v.

UNTIED PARCEL SERVICES, INC.

    Defendant.

CIVIL ACTION

CASE NO.: 07-10992

**STIPULATION AND ORDER**

It is hereby stipulated pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, by and between Adam C. Virant, counsel for Plaintiff, and Kenneth Shaitelman counsel for Defendant, that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

Adam C. Virant, Esquire
Karpf, Karpf & Virant
140 Broadway
46th Floor
New York, NY 10005

Kenneth Shaitelman, Esq.
Akin Gump LLP
590 Madison Avenue
New York, NY 10022

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

Hon. Denny Chin, U.S.D.J.

5/15/08