USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CLIFFORD CATO

    Plaintiff,

v.

UNITED PARCEL SERVICES, INC.

    Defendant.

CASE NO. 07-CV-10992

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Adam C. Virant, attorney for Clifford Cato, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

> Jeremy M. Cerutti
> Karpf, Karpf and Virant, P.C.
> 3070 Bristol Pike
> Building 2, Suite 231
> Bensalem, PA 19020

is admitted to practice *pro hac vice* as counsel for Plaintiff, Clifford Cato, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to The Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF Password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated this 16th day of July, 2008.

_____
USD J.